IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICTOR DONTAVIOUS STALLWORTH,

    Plaintiff,

v.    CASE NO. 4:11cv432-RH/WCS

EDWIN BUSS et al.,

    Defendants.

_____/

## ORDER DENYING A PRELIMINARY INJUNCTION

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 14.  No objections have been filed.  The recommendation is for the denial of the plaintiff's motion for a temporary restraining order or preliminary injunction.  The motion is unsworn and fails to make a sufficient, nonspeculative showing of imminent harm.  Accordingly,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED.  The motion for a temporary restraining order or preliminary injunction, ECF No. 13, is DENIED

without prejudice.  The case is remanded to the magistrate judge for further proceedings.

    SO ORDERED on December 19, 2011.

                                s/Robert L. Hinkle
                                United States District Judge