# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

VICTOR CONTAVIOUS STALLWORTH

    VS                                            CASE NO. 4:11cv432-RH/CAS

SERGEANT S. TYSON

## REFERRAL AND ORDER

The motion/pleading was filed by plaintiff on 08/09/2012 (document #55), and referred to Magistrate Judge Charles A. Stampelos on 08/10/2012.

Summary of motion/pleading: MOTION FOR ENLARGEMENT OF TIME

                    JESSICA J. LYUBLANOVITS
                    CLERK OF COURT

                    s/ Angela Maxwell
                    DEPUTY CLERK

---

## ORDER OF COURT

Upon consideration of the foregoing, it is ORDERED this 10th day of August, 2012, the requested relief is **GRANTED.** The time for filing a response to the Motion to Seal is extended to September 10, 2012.

                    S/ Charles A. Stampelos
                    UNITED STATES MAGISTRATE JUDGE